CHRISTOPHER W. MITCHELL, as Trustee in Bankruptcy of WILLIAM J. GALLAGHER, Bankrupt, Appellant, v. WILLIAM J. GALLAGHER and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

AUGUST OEST, Plaintiff, and MYRON NATHAN, Respondent, v. PHILIP OVBERG, Appellant.— Judgment and order reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. The court was in error in excluding the value of the chattels prior to the month of July. The defendant was entitled to prove the difference in the value of the chattels before the wrong and afterward, in order that it might be determined whether the difference was less than the cost to repair. As between that difference and the cost to repair the plaintiff, respondent, was entitled to recover the lesser amount. Further, the judgment must be reversed for the reason that there is no proof of the value of said plaintiff's interests as mortgagee at the time of the alleged wrong. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STRABO V. CLAGGETT & COMPANY, INC., and Others, Appellants.— Order denying defendants' motion to vacate and set aside service of summons reversed upon the law and the facts, and motion granted, without costs. As the corporate defendants were not, at the time of the attempted service, doing business in this State, the service of summons upon them was invalid. (*James-Dickinson Co.* v. *Harry*, 273 U. S. 119; *Gaboury* v. *Central Vermont R. Co.*, 250 N. Y. 233; *Lilienblum* v. *Wissotzky & Co.*, 213 App. Div. 18.) The service upon the individual defendant was, in our opinion, improper because he was then voluntarily attending as a witness before the Attorney-General upon a proceeding authorized by article 23-A of the General Business Law,▮ and, as such witness, was entitled to immunity from service of process. (*Matter of Ferrari*, 134 Misc. 728.) Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DANZIGER, Appellant.— Order of the County Court of Queens county directing continuance of suspension of sentence upon the conditions theretofore imposed and upon a new condition affirmed. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

RIZZA BUILDING CORPORATION, Respondent, v. UNITED STATES BOND AND MORTGAGE CORPORATION, Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.